IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TABATHA S. WIKERT, a/k/a
TABATHA S. JOYNER, a/k/a
TABATHA S. ONORATO, an
Individual,
        Plaintiff,

CASE NO.: 3:11-cv-00786-RBD-JRK

Vs.

WELLS FARGO BANK, N.A., d/b/a
America's Servicing Company and
Americasse, a National Association,

        Defendant.
_____

**PLAINTIFF'S MEMORANDUM OF LAW IN RESPONSE TO**
**DEFENDANT WELLS FARGO BANK, N.A.'S**
**MOTION TO DISMISS COMPLAINT**

        COMES NOW the Plaintiff, TABATHA S. WIKERT, by and through the undersigned counsel, and brings this Memorandum of Law in Response to Defendant, WELLS FARGO BANK, N.A.'s Motion to Dismiss the Complaint, and would show the court as follows:

        1.       The Plaintiff, TABATHA S. WIKERT, (hereinafter "WIKERT") filed the above styled litigation against the Defendant WELLS FARGO BANK, N.A., (hereinafter "WFB"), on August 8, 2011, seeking damages for violations Fair Credit Reporting Act, and for misrepresentation. [Doc. 1].

        2.       WFB responded to the Complaint with a Motion to Dismiss filed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. [Doc. 5].

        3.       WFB's Motion to Dismiss advanced several arguments that demonstrated that the Plaintiff had failed to state a cause of action under the Fair Credit Reporting Act for Count's I

and II, and that the Count III for misrepresentation was pre-empted under the Fair Credit Report Act.

4.  On October 3, 2011, WIKERT sought leave to amend her complaint. In paragraphs 17-18, and 21-23 of her proposed amended complaint, WIKERT makes specific factual allegations that show that multiple credit reporting agencies were put on notice, and in turn, the credit reporting agencies put the Defendant on notice. WIKERT therefore believes she has satisfied the notice requirements of 15 U.S.C. § 1681i(a)(2), and consequently, has stated a cause of action under 15 U.S.C. § 1681s-2(b), 15 U.S.C. § 1681n and 15 U.S.C. § 1681o.

5.  The motion for leave to amend the complaint was stricken by this Court's order without prejudice on October 5, 2011. The Plaintiff intends to comply with instruction as set out in the Court's order, and shall re-file a motion for leave to amend the complaint on or before October 11, 2011.

## MEMORANDUM OF LAW

It is in the trial court's discretion whether to grant leave to amend a complaint. Zenith Radio Corp., v. Hazeltine Research, Inc., 401 U.S. 321 (1971), *citing* Foman v. Davis, 371 U.S. 178, 182 (1962). However, once leave is granted and complaint has been amended, a motion to dismiss may be rendered moot. *See* Johnson v. Wellborn, P.A., 418 Fed.Appx. 809, 813 2011 WL 914302*3 (11th Cir. 2011).

When ruling on a 12(b)(6) motion to dismiss the court is asked to determine whether the challenged pleading has set forth enough factual and substantive legal material to satisfy the requirements of Rule 8(a)(2) of the Federal Rules of Civil Procedure, which provides that a pleader must set forth a short plain statement of the claim showing the pleader is entitled to

relief. Motions to dismiss under Rule 12(b)(6) are disfavored and are rarely granted. <u>Priester v. Lowndes County</u>, 354 F.3d 414, 418 (5th Cir.2004).

The proposed Amended Complaint that is to be re-filed by the Plaintiff, and if accepted by the Court, by virtue of the additional factual allegations would render the Defendant's Motion to Dismiss moot. Therefore, the Plaintiff respectfully prays that this Court deny Defendant, WFB's motion to dismiss upon granting leave to amend.

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a copy hereof has been furnished by the cm/ecf electronic mailing system to April Y. Walker, Esquire, and Michael K. Winston, Esquire, CNL Center at City Commons, 450 S. Orange Ave., Suite 500, Orlando, Florida 32801-3336, on this 3rd day of October, 2011.

DAVID P. GRIGALTCHIK, P.A.

 /s David P. Grigaltchik
DAVID GRIGALTCHIK, ESQUIRE
Fla Bar. No. 59739
6144 Gazebo Park Place South, Suite 215
Jacksonville, FL 32257
(904)738-8398
(904)738-8413 fax