IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TABATHA S. WIKERT, a/k/a/
TABATHA JOYNER, a/k/a              CASE NO.: 3:11-cv-786-J-37-JRK
TABATHA S. ONORATO, an
Individual

       Plaintiff,

v.

WELLS FARGO BANK, N.A., d/b/a
America's Servicing Company and
Americasse, a National Association.

       Defendant.
_____/

**NOTICE OF NON-OPPOSITION TO MOTION
FOR LEAVE TO FILE AMENDED COMPLAINT**

    Defendant Wells Fargo Bank, N.A., d/b/a America's Servicing Company ("Wells Fargo"), through undersigned counsel, hereby gives notice that it will not file an opposition to the Motion for Leave to File Amended Complaint filed by Plaintiff.  (D.E. 11).  At the time the Motion was filed, the parties were not in agreement as to the resolution of the Motion.  Wells Fargo, however, has now determined to not oppose the motion for leave and does so without waiving any rights including moving to dismiss any amended complaint.

                    Respectfully Submitted,

                    **CARLTON FIELDS, P.A.**
                    CNL Center at City Commons
                    450 S. Orange Avenue, Suite 500
                    Orlando, FL 32801-3336
                    Telephone: (407) 849-0300
                    Facsimile:  (407) 648-9099

21285303.1

By: /s/ April Y. Walker
Michael K. Winston, Esquire
Florida Bar No. 051403
mwinston@carltonfields.com
April Y. Walker
Florida Bar No. 0125288
awalker@carltonfields.com
*Counsel for Wells Fargo Bank, N.A.*

### CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2011, I electronically filed the foregoing document using the Court's CM/ECF system that provided a copy to: David P. Grigaltchik, Esq., 6144 Gazebo Park Place South, Suite 215, Jacksonville, Florida 32257.

/s/ April Y. Walker
ATTORNEY

21285303.1